No. 80–5156. Ezzell v. United States. C. A. 9th Cir. Certiorari denied.

No. 80–5157. Crooker v. United States. C. A. 1st Cir. Certiorari denied.

No. 80–5159. Bonds v. North Carolina. Ct. App. N. C. Certiorari denied.

No. 80–5165. Smith v. Strike Force, Department of Justice, et al. C. A. 6th Cir. Certiorari denied.

No. 80–5166. Lillibridge, Trustee, et al. v. United States et al. C. A. 6th Cir. Certiorari denied.

No. 80–5174. Gallagher v. Crist, Warden. C. A. 9th Cir. Certiorari denied.

No. 80–5177. Wade v. Franklin Stricklin Land Surveyors, Inc. Sup. Ct. Ark. Certiorari denied.

No. 80–5180. Kuykendall et al. v. Virginia. Sup. Ct. Va. Certiorari denied.

No. 80–5182. Crenshaw v. South Carolina. Sup. Ct. S. C. Certiorari denied.

No. 80–5197. DeWeever v. Secretary of Health and Human Services. C. A. 2d Cir. Certiorari denied.

No. 80–5210. Hicks v. United States. C. A. D. C. Cir. Certiorari denied.

No. 80–5211. Thurmond v. United States. C. A. 6th Cir. Certiorari denied.

No. 80–5218. Matthews v. United States. C. A. 3d Cir. Certiorari denied.